IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JUAN JOSE MEJIA-RAMIREZ,** | ) | CASE NO. 7:12CV00248 |
| | ) | |
| **Petitioner,** | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| **WARDEN ZYCH,** | ) | By:  Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER:  This 3rd day of April, 2013.

  /s/  Glen E. Conrad
Chief United States District Judge